IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JANIS MULLINAX                                                                                      PLAINTIFF

vs.                                        Civil No. 4:15-cv-04027

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 2nd day of July 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED** and Plaintiff's Complaint be **DISMISSED**.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE